# Exhibit 3
# Unredacted Complaint
# *BDR Sonata East LLC v. DISH Wireless LLC*

U.S. District Court – Western District of Washington (Seattle) Case No. 2:26-cv-00574-KKE

JURYDEMAND

## U.S. District Court
## United States District Court for the Western District of Washington (Seattle)
## CIVIL DOCKET FOR CASE #: 2:26−cv−00574−KKE

BDR Sonata East LLC v. DISH Wireless LLC
Assigned to: District Judge Kymberly K. Evanson
Case in other court:  King County Superior Court,
               26−00002−02810−9 SEA
Cause: 28:1441 Petition for Removal− Breach of Contract

Date Filed: 02/18/2026
Jury Demand: Defendant
Nature of Suit: 190 Contract: Other
Jurisdiction: Federal Question

**Plaintiff**

**BDR Sonata East LLC**
*a Washington limited liability company*

represented by **Claire H. Taylor**
STOKES LAWRENCE PS (SEATTLE)
1420 FIFTH AVE
STE 3000
SEATTLE, WA 98101−2393
206−223−0800
Fax: 206−467−8170
Email: claire.taylor@stokeslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DISH Wireless LLC**
*a Colorado limited liability company*

represented by **Gregory S. Latendresse**
PREG O'DONNELL & GILLETT (SEA)
401 UNION STREET
STE 1900
SEATTLE, WA 98101
206−287−1775
Fax: 206−287−9113
Email: glatendresse@pregodonnell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/18/2026 | 1 | NOTICE OF REMOVAL from King County Superior Court, case number 26−2−02810−9 SEA; (Receipt # AWAWDC−9482545) filed by DISH WIRELESS L.L.C..(Latendresse, Gregory) (Additional attachment(s) added on 2/19/2026: # 1 Civil Cover Sheet) (APH). (Additional attachment(s) added on 2/23/2026: to attach # 2 State Court Complaint) (MIH). (Entered: 02/18/2026) |
| 02/18/2026 | 2 | CORPORATE DISCLOSURE STATEMENT identifying Corporate Parent Echostar Corporation, Corporate Parent Neyland Networks L.L.C., Corporate Parent DISH Wireless Holding L.L.C., Other Affiliate DISH Network Corporation for DISH WIRELESS L.L.C.. Filed pursuant to Fed.R.Civ.P 7.1(a)(1). Filed by DISH WIRELESS L.L.C.. (Latendresse, Gregory) (Entered: 02/18/2026) |
| 02/18/2026 | 3 | NOTICE of Pendency of Other Action in Colorado, California, New York,, case number(s) in other court 1:25−cv−3311; 1:25−cv−3756; 2025CV34300; 8:26−cv−00082; 1:26−cv−00209; 2026CV30222; 503203/2026; 2026CV30349;2:26−cv−01092; 1:26−cv−00218; 26−cv−30478;; filed by Defendant DISH WIRELESS L.L.C.. (Latendresse, Gregory) (Entered: 02/18/2026) |
| 02/19/2026 | 4 | PRAECIPE to attach document (Exhibit A) re 1 Notice of Removal by Defendant DISH WIRELESS L.L.C. (Attachments: # 1 Exhibit A)(Latendresse, Gregory) (Entered: 02/19/2026) |

| 02/19/2026 | 5 | VERIFICATION OF STATE COURT RECORDS by Defendant DISH WIRELESS L.L.C. (Latendresse, Gregory) (Entered: 02/19/2026) |
|---|---|---|
| 02/23/2026 | | District Judge Kymberly K. Evanson added. (MIH) (Entered: 02/23/2026) |
| 02/23/2026 | 6 | LETTER from Clerk re receipt of case from King County Superior Court and advising of WAWD case number and judge assignment. (MIH) (Entered: 02/23/2026) |
| 02/23/2026 | | NOTICE: Pursuant to Fed.R.Civ.P 7.1(a)(1), Plaintiff BDR Sonata East LLC must file a Corporate Disclosure Statement by 3/2/2026. If applicable, a Diversity Disclosure Statement may be required pursuant to Fed.R.Civ.P 7.1(a)(2). In order to properly notify the Court, use the event **Corporate/Diversity Disclosure Statement** located in CM/ECF under Other Filings, Other Documents.(MIH) (Entered: 02/23/2026) |
| 02/23/2026 | 7 | **Notice of Filing Deficiency** re 1 Notice of Removal,. ***Action Required*** Notice of Removal − Jury Demand Improperly Submitted. See attached letter for more information and instructions. (CDA) (Entered: 02/23/2026) |
| 02/24/2026 | 8 | *Defendant Dish Wireless LLC's* ANSWER to Complaint (Notice of Removal) re: 1 Notice of Removal, with JURY DEMAND by DISH Wireless LLC.(Latendresse, Gregory) (Entered: 02/24/2026) |
| 02/27/2026 | 9 | STANDING ORDER REGARDING 28 U.S.C. § 455(b)(2) AND CANON 3(C)(1)(B) OF THE CODE OF CONDUCT FOR UNITED STATES JUDGES Signed by District Judge Kymberly K. Evanson. (DS) (Entered: 02/27/2026) |
| 02/27/2026 | 10 | ORDER REGARDING CHAMBERS PROCEDURES IN CIVIL CASES Signed by District Judge Kymberly K. Evanson. (DS) (Entered: 02/27/2026) |
| 02/27/2026 | 11 | ORDER REGARDING INITIAL DISCLOSURES AND JOINT STATUS REPORT Signed by District Judge Kymberly K. Evanson. FRCP 26(f) Conference Deadline is 3/20/2026, Initial Disclosure Deadline is 4/3/2026, Joint Status Report due by 4/10/2026. (DS) (Entered: 02/27/2026) |

FILED
2026 JAN 20 10:11 AM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 26-2-02810-9 SEA

IN THE SUPERIOR COURT OF WASHINGTON
FOR KING COUNTY

| | |
|---|---|
| BDR SONATA EAST LLC, a Washington limited liability company, | Case No.: |
| Plaintiff, | COMPLAINT FOR BREACH OF CONTRACT |
| vs. | |
| DISH Wireless L.L.C., a Colorado limited liability company, | |
| Defendant. | |

Plaintiff BDR SONATA EAST LLC, a Washington limited liability company alleges the following facts and asserts the following claims against Defendant DISH Wireless L.L.C., a Colorado limited liability company ("DISH").

## I. PARTIES, JURISDICTION, AND VENUE

1. Plaintiff is a Washington limited liability company which owns the real property located at 3000 S. Alaska Street in Seattle, WA (the "Property"), which is within this county. Plaintiff is doing business in King County, Washington.

2. Defendant is a Colorado limited liability company which leased a portion of the Property from Plaintiff for its equipment pursuant to the lease described in this Complaint. Defendant does business in King County, Washington.

3. This Court has jurisdiction under RCW 2.08.010.

COMPLAINT FOR BREACH OF CONTRACT- 1

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

4.    Venue is proper in this forum under RCW 4.12.025 because Defendant does business in this county and the lease at issue in this case was made in this county.

**II. FACTS**

5.    On or about August 9, 2024, Plaintiff as Landlord and Defendant as Tenant entered into a Site Lease Agreement dated effective August 9, 2024 for Defendant's lease of a portion of the Property for its telecommunications equipment (the "Lease") as more particularly specified in the Lease. A true and correct copy of the Lease is attached as **Exhibit A**.

6.    The Lease obligates Defendant to make monthly rent payments of $2,700 to Plaintiff.

7.    Beginning with the monthly $2,700 rent payment due on September 5, 2025, Defendant has failed to pay Plaintiff the rent when due.

8.    On December 16, 2025, Plaintiff notified Defendant in writing of the rent payment defaults, transmitting the default notice to Defendant at the Notice address set forth in the Lease.

9.    Defendant failed to cure the rent payment defaults.

10.    Thereafter, on January 14, 2026, Plaintiff notified Defendant in writing that the Lease was deemed terminated following Defendant's Default under the Lease pursuant to Section 8.2 of the Lease.

11.    Defendant's nonpayment of rent continues to date.

12.    Section 8.2 of the Lease provides that where Landlord terminates the Lease following Defendant's Default, Plaintiff is entitled to recover from Defendant all rent accrued and unpaid for the period up to and including the date Tenant's equipment is fully removed, as well as all other additional sums payable by Tenant under the Lease.

COMPLAINT FOR BREACH OF CONTRACT- 2

13. The Lease term is 60 months and commenced in January 2025 such that the Lease runs through December 31, 2025.

14. As of the date of this Complaint, there is a delinquent balance of rent due under the Lease totaling $13,500, and there is a balance of rent due for the remainder of the Lease term totaling $153,410, for a total rent amount due to Plaintiff of $166,910 that Plaintiff is entitled to under the Lease.

15. The Lease also provides that Plaintiff is entitled to its reasonable attorneys' fees and costs in connection with Defendant's default under the Lease and Plaintiff's enforcement of Defendant's obligations under the Lease.

16. In violation of the Lease, Defendant has failed to pay Plaintiff the delinquent rent and has not paid Plaintiff any other damages and attorneys' fees to which Plaintiff is entitled under the Lease following Defendant's default and the Lease termination.

17. Defendant's failure to meet its obligations under the Lease has caused damages to Plaintiff to which Plaintiff is entitled under the Lease in the amount of at least $166,910, plus attorneys' fees as provided for in the Lease, in an exact amount to be proven at trial.

### III. CAUSE OF ACTION: BREACH OF CONTRACT

18. Plaintiff re-alleges and incorporates by reference the allegations contained in the above paragraphs as if set forth herein.

19. Plaintiff and Defendant entered into a valid, binding contract, *i.e.* the Lease.

20. Defendant failed to meet its obligations under the contract, *i.e.* the Lease, when it failed to pay Rent to Landlord as required by the Lease, when NG Washington vacated the Premises before the Lease Expiration Date, and when NG Washington has failed to pay Landlord damages to which it is entitled under the Lease.

21. By virtue of the foregoing, Defendant breached the contract with Plaintiff.

COMPLAINT FOR BREACH OF CONTRACT- 3

22.     Defendant's breaches have caused damages to Plaintiff totaling at least $166,910 plus attorneys' fees and costs as allowed under the Lease, consisting of delinquent rent and future rent, as authorized under the Lease, in an exact amount to be proven at trial.

## IV. PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for a judgment in its favor against Defendant on its breach of contract action, for an award of damages in the amount of at least $166,910, for an award of costs and attorney fees as permitted by the Lease, and for such other relief as the Court deems just and appropriate.

DATED this 20th day of January 2026.

STOKES LAWRENCE, P.S.


By: /s/ Claire Taylor
Claire H. Taylor (WSBA #47067)
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101-2393
Telephone:  (206) 626-6000
Fax:  (206) 464-1496
Claire.Taylor@stokeslaw.com
*Attorneys for Plaintiff*

COMPLAINT FOR BREACH OF CONTRACT- 4

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000