# Exhibit 4
# Unredacted Complaint
# *Dataverge LLC v. DISH Wireless LLC*

U.S. District Court – Eastern District of New York (Brooklyn)

Case No. 1:26-cv-01168

# U.S. District Court
## Eastern District of New York (Brooklyn)
### CIVIL DOCKET FOR CASE #: 1:26-cv-01168

DataVerge LLC v. DISH Wireless L.L.C.  
Assigned to:  
Demand: $356,000,000  
Case in other court: State of New York for Kings County, 503203/2026  
Cause: 28:1441 Petition For Removal--Other Contract

Date Filed: 02/27/2026  
Jury Demand: Defendant  
Nature of Suit: 190 Contract: Other  
Jurisdiction: Diversity

**Plaintiff**

**DataVerge LLC**

represented by **DataVerge LLC**  
PRO SE

V.

**Defendant**

**DISH Wireless L.L.C.**

represented by **Joshua Douglas Weedman**  
White & Case LLP  
1221 Avenue of the Americas  
New York, NY 10020  
212-819-8963  
Email: jweedman@whitecase.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/27/2026 | 1 | NOTICE OF REMOVAL by DISH Wireless L.L.C. from State of New York for Kings County, case number 503203/2026. ( Filing fee $ 405 receipt number ANYEDC-19955924) (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A, # 3 Exhibit B) (Weedman, Joshua) (Entered: 02/27/2026) |
| 02/27/2026 | 2 | Corporate Disclosure Statement by DISH Wireless L.L.C. identifying Corporate Parent Neyland Networks LLC, Other Affiliate BlackRock, Inc., Other Affiliate DISH Network Corporation, Other Affiliate Echostar Corporation, Other Affiliate DISH Wireless Holding L.L.C. for DISH Wireless L.L.C.. (Weedman, Joshua) (Entered: 02/27/2026) |
| 02/27/2026 | 3 | MOTION for Leave to Electronically File Document under Seal by DISH Wireless L.L.C.. (Attachments: # 1 Exhibit A) (Weedman, Joshua) (Entered: 02/27/2026) |

Case MDL No. 3182    Document 1-7    Filed 03/02/26    Page 3 of 7

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

DATAVERGE LLC

                  Plaintiff,          Index No.:

        - against -          COMPLAINT

DISH WIRELESS L.L.C.,

                  Defendant.

Plaintiff, DATAVERGE LLC f/k/a COLOGUARD ENTERPRISE HOLDINGS LLC ("DataVerge" or "Plaintiff"), by its attorneys, Charles E. Boulbol, P.C., complaining of Defendant DISH WIRELESS L.L.C. alleges as follows:

1.      Plaintiff is a New York limited liability company having an office at 882 Third Avenue, 8th Floor, Brooklyn, New York 11232.

2.      Upon information and belief, Defendant DISH WIRELESS L.L.C. is a Colorado limited liability company that is authorized to do business in the State of New York.

### FIRST CAUSE OF ACTION

3.      Plaintiff is in the business of supplying internet services including the rental of cage space to house computer equipment and to provide co-location services ("Co-location Services").

4.      The terms under which Plaintiff provides Co-location Services to Defendant were as set forth in a Master Colocation Agreement dated February 28, 2022 between Plaintiff and Defendant (the "Master Colocation Agreement"). A copy of the Master Colocation Agreement is attached as Exhibit A.

Case MDL No. 3182    Document 1-7    Filed 03/02/26    Page 4 of 7

5. Co-location services are provided by Plaintiff to Defendant at Plaintiff's facility located at 882 Third Avenue, Brooklyn, New York (the "Facility").

6. In accordance with Section 6 of the Master Colocation Agreement, Defendant agreed to pay Monthly Recurring Charges ("MRC") and Non-Recurring Charges ("NRC"), also referred to as "Fees" pursuant to an "Order," as that term is defined in the Master Colocation Agreement.

7. On or about April 19, 2022, Plaintiff and Defendant agreed to an Order (the "Order") in accordance with the Master Colocation Agreement, a copy of which is attached as Exhibit B, for a five (5) year term to commence on May 1, 2022 and expire on April 30, 2027.

8. In accordance with the Order, Plaintiff issued invoices to Defendant on October 1, 2025 (Inv. No. 82469) in the amount of $89,000.00, November 1, 2025 (Inv. No. 82688) in the amount of $89,000.00, December 1, 2025 (Inv. No. 82909) in the amount of $89,000.00, and on January 1, 2026 (Inv. No. 83134) in the amount of $89,000.00, copies of which are attached as Exhibits C, D, E and F respectively.

9. The Fees due and payable by Defendant to Plaintiff pursuant to the invoices rendered by Plaintiff to Defendant total $356,000.00.

10. By letter dated September 25, 2025, a copy of which is attached as Exhibit G, Defendant notified Plaintiff that it intended to renege upon its obligations under the Master Colocation Agreement.

11. Defendant continues to use Co-location Services provided by Plaintiff pursuant to the Master Colocation Agreement and Order but Defendant has failed to pay the Fees due to Plaintiff in accordance with the Master Colocation Agreement, Order and Invoices.

2

12.     By reason of Defendant's failure to pay the Fees due pursuant to the Master Colocation Agreement, Order and Invoices, Plaintiff sent a Notice of Default to Defendant dated December 15, 2025, a copy of which is attached as Exhibit H, demanding payment of the then unpaid Fees due in the amount of $267,000.00.

13.     As of the date hereof, the amount of unpaid Fees due pursuant to the Master Colocation Agreement, Order and Invoices is $356,000.00, plus interest at the rate of 1.5% per month from and after December 1, 2025, for the amounts of any Fees due which have not been paid within sixty (60) days following the rendition of an invoice therefor.

14.     Defendant is obligated to pay Plaintiff the sum of $356,000.00 plus interest, no part of which has been paid.

15.     Defendant's failure to pay Fees due in the amount of $356,000.00 is a breach of the Master Colocation Agreement.

16.     Defendant is liable to Plaintiff pursuant to the terms of the Master Colocation Agreement in the amount of $356,000.00.

17.     The Master Colocation Agreement remains in full force and effect.

## SECOND CAUSE OF ACTION

18.     Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 17 hereof as if set forth herein at length.

19.     The October 1, 2025 (Inv. No. 82469) in the amount of $89,000.00, November 1, 2025 (Inv. No. 82688) in the amount of $89,000.00, December 1, 2025 (Inv. No. 82909) in the amount of $89,000.00, and on January 1, 2026 (Inv. No. 83134) in the amount of $89,000.00 all were sent by Plaintiff in the ordinary course of business and received by Defendant without objection and in the aggregate constitute an account stated in the amount of $356,000.00.

3

Case MDL No. 3182    Document 1-7    Filed 03/02/26    Page 6 of 7

20.  Defendant has failed and refused to pay the account stated in the amount of $356,000.00 such that there is now due and owing to Plaintiff the sum of $356,000.00.

## THIRD CAUSE OF ACTION

21.  Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 17 and 19 through 20 hereof as if set forth herein at length.

22.  Plaintiff has duly performed all of its obligations on its part to be performed pursuant to the Master Colocation Agreement.

23.  By reason of the matters and things stated herein, Plaintiff is entitled to payment of the Fees to which it is entitled under the Master Colocation Agreement and is entitled to specific performance thereof unless and until the Master Colocation Agreement is terminated in accordance with its terms and Defendant discontinues the use of Co-location Services provided by Plaintiff and removes its equipment from Plaintiff's Facility.

WHEREFORE, Plaintiff demands judgment against Defendant as follows:

A.  On the First Cause of Action, the sum of $356,000.00 with interest;

B.  On the Second Cause of Action, the sum of $356,000.00 with interest

C.  On the Third Cause of Action, specific performance of the Master Colocation Agreement.

D.  Such other and further relief which to this Court seems just and proper under the circumstances.

4

Case MDL No. 3182    Document 1-7    Filed 03/02/26    Page 7 of 7

Dated: Brooklyn, New York
      January 28, 2026

CHARLES E. BOULBOL, P.C.

_____
Charles E. Boulbol
62 85th Street
Brooklyn, New York 11209
(212) 825-9457
*Attorneys for Plaintiff*
*DataVerge LLC*

5