# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE: DISH WIRELESS, LLC, COMMUNICATION TOWERS CONTRACT LITIGATION** | **MDL DOCKET NO. 3182** |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation and this Court's Order (ECF No. 19 at 1), I certify that on March 18, 2026, copies of the Complaints listed below:

1.     The Complaint in *Aircomm of Avon, LLC, et al. v. DISH Wireless, L.L.C.*, 1:25-cv-3756 (D. Colo. Nov. 20, 2025) (unredacted);

2.     The Complaint in *American Towers LLC, et al. v. DISH Wireless, L.L.C.*, 1:25-cv-3311 (D. Colo. Oct. 20, 2025) (unredacted); and

3.     The Complaint in *SBA Telecommc'ns, LLC, et al. v. DISH Wireless L.L.C.*, 1:26-cv-00218 (W.D.N.Y. Feb. 5, 2026) (unredacted);

were served by email or First Class Mail to the following:

**1.  *American Towers LLC, et al. v. DISH Wireless*, L.L.C., D. Colo. 1:25-cv-3311**

| | |
|---|---|
| Heather Carson Perkins<br>FAEGRE  DRINKER  BIDDLE  &<br>REATH LLP<br>1144 Fifteenth Street, Suite 3400<br>Denver, CO 80202<br>(303) 607-3500<br>heather.perkins@faegredrinker.com<br>*Served via Email*<br>**Counsel for Plaintiffs** | David B. Hennes<br>Andrew S. Todres<br>ROPES & GRAY LLP<br>1211 Sixth Avenue<br>New York, NY 10036<br>(212) 596-9000<br>david.hennes@ropesgray.com<br>andrew.todres@ropesgray.com<br>*Served via Email* |

**Counsel for Plaintiffs**

Dominique R. Rioux
Christopher M. Durham
Rory T. Skowron
ROPES & GRAY LLP
800 Boylston Street
Prudential Tower
Boston, MA 02199
(617) 951-7000
dominique.rioux@ropesgray.com
christopher.durham@ropesgray.com
rory.skowron@ropesgray.com
*Served via Email*
**Counsel for Plaintiffs**


2. *Aircomm of Avon, LLC, et al. v. DISH Wireless, L.L.C.*, **D. Colo. 1:25-cv-3756**

Laura A. Menninger
HADDON MORGAN FOREMAN
945 N. Pennsylvania Street
Denver, CO 80203
(303) 831-7364
lmenninger@hmflaw.com
*Served via Email*
**Counsel for Plaintiffs**

Jeffrey J. Recher
Jay Cohen
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3630
(212) 373-3163
jrecher@paulweiss.com
jcohen@paulweiss.com
*Served via Email*
**Counsel for Plaintiffs**


3. *Seidner Properties, LP v. DISH Wireless, L.L.C.*, **C.D. Ca. 8:26-cv-00082**

James C. Caviola, Jr.
20422 Beach Blvd. Suite 415
Huntington Beach, CA 92648
(714) 969-9111
*Served via First Class Mail*
**Counsel for Plaintiff**


4. *Sabre Industries, Inc. v. DISH Wireless Leasing, L.L.C.*, **S.D.N.Y. 1:26-cv-00209**

Peter E. Strniste, Jr.
Eran Grossman
GORDON REES SCULLY MANSUKHANI, LLP
1 Battery Park Plaza, 28th Floor

New York, NY 10004
(212) 453-0730
pstrniste@grsm.com
egrossman@grsm.com
*Served via Email*
**Counsel for Plaintiff**

5. *Royal Group Plaza, LLC v. DISH Wireless L.L.C. et al.,* **C.D. Ca. 2:26-cv-01092**

Gi Nam Lee
TRUSTABLE LAW PC
8350 Wilshire Boulevard, Suite 210
Beverly Hills, CA 90211
(323) 879-9300
ginam.lee@trustablelaw.com
*Served via Email*
**Counsel for Plaintiffs**

6. *SBA Telecommc'ns, LLC, et al. v. DISH Wireless L.L.C.,* **W.D.N.Y. 1:26-cv-00218**

Andrew M. Debbins
CONNORS LLP
1000 Liberty Building
424 Main Street
Buffalo, NY 14202
(716) 852-5533
amd@connorsllp.com
*Served via Email*
**Counsel for Plaintiffs**

Michael J. Garvey
David Elbaum
Melissa Vallejo
SIMPSON THATCHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
(212) 455-2502
mgarvey@stblaw.com
david.elbaum@stblaw.com
melissa.vallejo@stblaw.com
*Served via Email*
**Counsel for Plaintiffs**

7. *DataVerge LLC v. DISH Wireless L.L.C.,* **E.D.N.Y. 1:26-cv-01168**

Charles E. Boulbol
62 85th Street
Brooklyn, New York 11209
(212) 825-9457
*Served via First Class Mail*
**Counsel for Plaintiff**

Dated:  March 18, 2026

*/s/ Joshua D. Weedman*
Glenn M. Kurtz
Joshua D. Weedman

**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, NY 10020
Phone: 212.819.8200
gkurtz@whitecase.com
jweedman@whitecase.com

*Attorneys for Defendants DISH Wireless
L.L.C., DISH Purchasing Corp., DISH
Wireless Leasing L.L.C., and EchoStar
Corp.*