**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| IN RE: DISH WIRELESS, LLC, COMMUNICATION TOWERS CONTRACT LITIGATION | MDL DOCKET NO. 3182 |
|---|---|

**NOTICE OF RELATED ACTION – SCHEDULE OF ACTIONS**

| No. | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1. | **Plaintiff(s):** Comcast Business Communications, LLC<br><br>**Defendant(s):** DISH Wireless L.L.C.; and EchoStar Corporation | U.S.D.C. District of Colorado | 1:26-cv-00824 | Magistrate Judge Scott T. Varholak |

Dated: March 20, 2026

Respectfully submitted,

By: */s/ Glenn M. Kurtz*
Glenn M. Kurtz
Joshua D. Weedman
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, NY 10020
Phone: 212.819.8200
Fax: 212.354.8113
gkurtz@whitecase.com
jweedman@whitecase.com

*Attorneys for Defendants DISH Wireless L.L.C., DISH Purchasing Corp., DISH Wireless Leasing L.L.C., and EchoStar Corp.*